# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA TREW,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C06-949-JLR<br><br><br>ORDER FOR REMAND |

Based upon the Defendant's Motion, it is hereby ORDERED that this case be REMANDED to the Commissioner, pursuant to 42 U.S.C. § 405(g), Sentence Six. On remand, if the Commissioner is unable to transcribe the CD of the administrative hearing, the administrative law judge will hold a *de novo* hearing.

DATED this 16th day of October, 2006.

_____
JAMES L. ROBART
United States District Judge

Recommended for Entry this
4th day of October, 2006.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Page 1        ORDER - [C06-949-JPD]

1 | Presented by:
2 |
3 | s/ Thomas M. Elsberry
　 | Thomas M. Elsberry   WSB # 26456
4 | Special Assistant U.S. Attorney
　 | Attorney for Defendant
5 | 701 Fifth Ave, Ste 2900, M/S 901
　 | Phone:  206-615-2112
6 | Fax:      206-615-2531
7 | thomas.elsberry@ssa.gov